**File Hashes for IP Address 50.140.142.139**

**ISP:** Comcast Cable
**Physical Location:** Saint Joseph, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/08/2013 08:40:45 | CA94994721EE00D6893DD22B663E115738B2CFC7 | Working Out Together |
| 01/22/2013 12:38:26 | 9230880008F34210FE919F612CAF2E3F28F2A6E3 | Want You |
| 01/22/2013 10:15:54 | 3E60B49558C53CC04D6336A30107A263AF5D75EF | A Little Rain Must Fall |
| 01/10/2013 07:48:22 | 3F9D2B672BA4DA17CE84D3B2BC319FCED59AF81C | Morning Desires |
| 01/10/2013 07:18:56 | B22786FCA330004AE8F842749C225EE68D44C1F3 | A Girls Fantasy |
| 01/07/2013 07:30:29 | C8DE604F910E553F8712C04F027DAB71FB9CABF4 | Sent from Heaven |
| 01/07/2013 01:10:48 | 90B639A9DAB9D2F96C516AB35001449E1122D06C | A Love Story |
| 01/06/2013 21:59:22 | 21E68E67498D0D6D42FD9F81B1A7F84AD218889D | Unforgettable View #2 |
| 01/06/2013 15:16:30 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 01/06/2013 15:09:35 | F9A44D3D053F4FEC416B05C1A8AC4106E3952725 | Unforgettable View #1 |
| 01/05/2013 17:25:56 | 0D58932E6D94584369F96A44312102A094D67BB1 | Waterfall Emotions |
| 01/05/2013 15:44:05 | 3570C36C4ACD0BCA930BE035729C61833904FA96 | Prelude to Passion |
| 11/12/2012 06:23:27 | AC94A2D8DC09FCA7FD4873BE84CBFC3CBF4095B8 | Soul Mates |
| 11/12/2012 06:21:15 | E5A4E2EF7E498427C85BB06F0B93FA487112E002 | Backstage |
| 11/12/2012 06:19:53 | 991E09290159FFEEE796C1EBB695EB8C9FB4223F | Yoga in the Sky |
| 11/12/2012 06:00:17 | 1C9706DD03DB5929ACB31308A663E0BB804EAE89 | Lovers Quarrel |
| 11/12/2012 05:43:11 | 391F47E660D11CBE31DD3A03481B332948C7068F | Still With Me |
| 11/11/2012 07:23:34 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 11/11/2012 06:50:26 | 501FA5733E74A5CA44964D238B79B80E309D32BC | A Day to Remember |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NWMI23