**Copyrights-In-Suit for IP Address 50.140.142.139**

**ISP:** Comcast Cable
**Location:** Saint Joseph, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 11/11/2012 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 01/10/2013 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/22/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 01/07/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 11/12/2012 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/12/2012 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 01/06/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/10/2013 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 01/05/2013 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 01/07/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/12/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/12/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 01/06/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 01/06/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/22/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 01/05/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/08/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 11/12/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 11/11/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  19**

EXHIBIT B

NWMI23