UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>50.140.142.139, )<br>)<br>    Defendant. )<br>) | Civil Case No. 1:13-cv-00364-RJJ |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, Plaintiff has settled this matter with Defendant, John Doe 1 ("Defendant").  Upon satisfaction of the terms of the parties' settlement agreement, Plaintiff will dismiss Defendant from the action with prejudice.

Dated:  June 13, 2013

                                          Respectfully submitted,

                                          NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel:  (248) 203-7800
       Fax:  (248) 203-7801
       E-Fax: (248) 928-7051
       Email:  paul@nicoletti-associates.com
       *Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By:   /s/ *Paul J. Nicoletti*